%JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Kipp * Flores Architects, LLC

**DEFENDANTS**
Hallmark Design Homes, L.P., Hallmark Collection of Homes, LLC and Joe B. Partain

(b) County of Residence of First Listed Plaintiff: **Travis**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Fort Bend**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Patrick Zummo, Attorney, 3900 Essex Lane, Suite 800, Houston, Texas 77027, (713) 651-0590

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. Section 101 et seq.
Brief description of cause:
Infringement of copyrights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: March 24, 2009
SIGNATURE OF ATTORNEY OF RECORD: *Patrick Zummo*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIPP ✯ FLORES ARCHITECTS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. _____ |
| vs. | § | |
| | § | JURY DEMANDED |
| | § | |
| HALLMARK DESIGN HOMES, L.P., | § | |
| HALLMARK COLLECTION OF HOMES, LLC, | § | |
| AND JOE B. PARTAIN, | § | |
| | § | |
| Defendants. | § | |

## ORIGINAL COMPLAINT

Kipp ✯ Flores Architects, LLC ("KFA"), plaintiff, files this Complaint against Hallmark Design Homes, L.P., Hallmark Collection of Homes, LLC, and Joe B. Partain and for its cause of action would respectfully show the Court and Jury the following:

### Parties

1. KFA is a Texas limited liability company with its principal place of business in Austin, Texas.

2. Defendant Hallmark Design Homes, L.P., ("Hallmark Design"), is a Texas limited partnership with its principal place of business in Sugar Land, Texas. Hallmark Design may be served through its registered agent, Joe B. Partain, 12946 Dairy Ashford Road, Suite 320, Sugar Land, Texas 77478.

3. Defendant Hallmark Collection of Homes, LLC ("Hallmark Collection"), is a Texas limited liability company. It was formerly known as "Hallmark Design Homes LLC." Hallmark

1

Collection is the general partner of Hallmark Design. Hallmark Collection may be served through its registered agent, Joe B. Partain, 12946 Dairy Ashford Road, Suite 320, Sugar Land, Texas 77478.

4. Defendant Joe B. Partain ("Partain"), is an individual who resides in Richmond, Texas and who does business in Sugar Land, Texas. Partain may be served at his business address, 12946 Dairy Ashford Road, Suite 320, Sugar Land, Texas 77478.

## Jurisdiction and Venue

5 This Court has subject matter jurisdiction of this case under 28 U.S.C. § 1338 because this action arises under federal copyright law, 17 U.S.C. § 101 et seq.

6 Venue is proper in this District under 28 U.S.C. § 1400(a) because defendants may be found in this District. Furthermore, or in the alternative, venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims at issue occurred in this District; and defendants reside and do business in this District.

## Factual Background

7 KFA, is an architectural firm which creates and markets architectural designs. KFA owns copyrights protecting the architectural works it has created.

8 KFA is the author and the owner of all copyrights in the following technical drawings and architectural works:

| | |
|---|---|
| Sketch 2212 | Sketch 2304 |
| Sketch 2821 | Sketch 1836 |
| Sketch 2133 | Sketch 1940 |
| Sketch 2472 | Sketch 2345 |
| Sketch 2631 | Sketch 1861 |
| Sketch 2493A | Sketch 2371 |
| Sketch 2637A | Sketch 2860 |
| Sketch 2188A | |
| Sketch 2124 | |

2

      Sketch 3523
      Sketch 3511
      Sketch 4427
      Sketch 4012
      Sketch 2343

(Hereinafter, the foregoing works will be referred to collectively as the "Copyrighted Works.")

9.    Each of the Copyrighted Works constitutes original material that is copyrightable under federal law.

10.    The following Copyrighted Works have been registered with the United States Copyright Office :

| Plan | Registration Number | Date |
|---|---|---|
| Sketch 2212 | VA1-281-913 | 1991 |
| Sketch 2821 | VAu 534-488 | 2001 |
| Sketch 2133 | VAu 583-442 | 2003 |
| Sketch 2472 | VAu 526-921 | 2001 |
| Sketch 2631 | VAu 519-331 | 2001 |
| Sketch 2493A | VAu 629-002 | 2004 |
| Sketch 2637A | VAu 534-488 | 2001 |
| Sketch 2188A | VAu 629-008 | 2004 |
| Sketch 2124 | VAu 526-912 | 2001 |
| Sketch 3523 | VAu 634-744 | 2004 |
| Sketch 3511 | VAu 636-881 | 2004 |
| Sketch 4427 | VAu 634-734 | 2004 |
| Sketch 4012 | VAu 634-738 | 2004 |
| Sketch 2343 | VAu 526-921 | 2001 |

11. As to the remaining Copyrighted Works, KFA has applied for registration with the United States Copyright Office. The dates KFA applied for registration, and the Copyright Office Case Numbers, are set out below:

| Plan | Case Number | Date of Application |
|---|---|---|
| Sketch 2304 | 1-138934997 | 12/03/08 |
| Sketch 1836 | 1-138934768 | 12/03/08 |
| Sketch 1940 | 1-138934581 | 12/03/08 |
| Sketch 2345 | 1-138935072 | 12/03/08 |
| Sketch 1861 | 1-99553682 | 10/09/08 |
| Sketch 2371 | 1-138934684 | 12/03/08 |
| Sketch 2860 | 1-138934924 | 12/03/08 |

For each such work where KFA does not yet possess a registration certificate, KFA (1) has paid the requisite fees to the Copyright Office; (2) has deposited copies of the work with the Copyright Office, and (3) has sent the registration application to the Copyright Office, and the Copyright Office has received it.

12. Defendants obtained copies of KFA's Copyrighted Works. Defendants have infringed KFA's copyrights in the Copyrighted Works. Defendants have committed numerous acts of infringement, including the following:

   a. Defendants have made copies and/or derivatives of KFA's Copyrighted Works by making paper and digital drawings and plans based on KFA's Copyrighted Works..

   b. Defendants have made copies and/or derivatives of KFA's Copyrighted Works by constructing structures based on KFA's Copyrighted Works.

   c. Defendants have sold and have offered for sale structures based on KFA's Copyrighted Works that are copies and/or derivatives of KFA's Copyrighted

Works.

13. All copies of KFA's Copyrighted Works obtained by defendants contained copyright management information, in the form of notices identifying the works, identifying KFA as the author of the works, identifying KFA as the owner of copyrights in the works, and specifying terms and conditions for use of the works.

14. In the course of their creation of infringing copies and/or derivatives of KFA's copyrighted works, defendants removed and/or altered KFA's copyright management information without authority of KFA.

15. Defendants have created, published and used non-pictorial depictions of structures based on KFA's Copyrighted Works in promotional and advertising materials. Defendants have published and used these infringing materials in the course of advertising their infringing structures. Furthermore, defendants have used the structures themselves to advertise their infringing structures. These infringing advertising activities have resulted in the sales of infringing structures described above. Furthermore, these infringing advertising activities, and the resulting infringing sales, are and have been a substantial factor in the value of any infringing structures that defendants have not yet sold, and the prices that buyers would be willing to pay for such structures. .

16. In November 2008, KFA demanded that defendants cease and desist from further acts of copyright infringement. Defendants have refused, and continue to violate KFA's copyrights by continuing their infringing activities. KFA therefore brings this action to protect its rights under federal law.

## Cause of Action

## Copyright Infringement

17.     KFA complains of defendants for copyright infringement, and incorporates paragraphs 1-16 above by reference.

18.     The creation of the structures and associated design and construction drawings based on KFA's Copyrighted Works by defendants has infringed and continues to infringe KFA's copyrights in the Copyrighted Works.

19.     The acts of defendants in the creation and publication of non-pictorial representations based on KFA's Copyrighted Works have infringed and are infringing KFA's copyrights in the Copyrighted Works.

20.     Alternatively, Hallmark Collection and Partain have or have had a direct financial interest in the creation, use and/or publication of the structures and/or the associated design and construction drawings, and/or the non-pictorial representations based on KFA's Copyrighted Works, and had the power or the ability to supervise and control the creation, use and/or publication of the structures and/or the associated design and construction drawings, and/or the non-pictorial representations based on KFA's Copyrighted Works.

21.     Defendants are each jointly and severally liable for KFA's actual damages, including all of KFA's lost profits.

22.     Defendants are each jointly and severally liable to KFA for all of their profits attributable to the infringements.

23. In the alternative to the actual damages and profits sought above, KFA is entitled to an award of statutory damages for all infringements of KFA's Copyrighted Works, as permitted by 17 U.S.C. § 504(c).

24. Defendants are each jointly and severally liable for KFA's costs and reasonable attorneys fees incurred in this action.

25. In addition, KFA is entitled to preliminary and permanent injunctions pursuant to 17 U.S.C. § 502 prohibiting defendants from further infringement of KFA's copyrights, including but not limited to the further use of infringing plans, creation or use of derivative plans, and construction, sale or rental of infringing structures.

26. Furthermore, this Court should issue an order pursuant to 17. U.S.C. § 503 directing the United States Marshal's Service to (a) impound all copies of the Copyrighted Works, in possession of defendants or their agents or contractors that infringe KFA's copyrights during the pendency of this lawsuit; and (b) upon final hearing of this case, to destroy or otherwise dispose of those copies.

## Conditions Precedent

27. With respect to all counts, KFA generally avers that all conditions precedent to its rights of recovery have occurred or been performed, or have been waived or excused by defendants.

## Jury Demand

28. Pursuant to Federal Rule of Civil Procedure 38, KFA respectfully demands trial by jury of all issues so triable.

WHEREFORE, PREMISES CONSIDERED, Kipp ☆ Flores Architects, LLC, prays that defendants be cited to appear and answer; and that upon final trial it have and recover from

defendants as set forth above, that it have permanent injunctive relief against defendants as requested herein, and that it have such and other relief as it may show itself to be entitled.

                                Respectfully submitted,


                                /s/ Patrick Zummo
                                Louis K. Bonham
                                State Bar No. 02597700
                                Osha Liang L.L.P.
                                919 Congress Avenue
                                Suite 919
                                Austin, Texas 78701
                                (512) 480-0667 (T)
                                (713) 228-8778 (F)
                                bonham@oshaliang.com

                                Patrick Zummo
                                State Bar No. 22293450
                                3900 Essex Lane, Suite 800
                                Houston, Texas 77027
                                (713) 651-0590 (telephone)
                                (713) 651-0597 (telecopier)

                                ATTORNEYS FOR PLAINTIFF
                                KIPP ☆ FLORES ARCHITECTS, LLC